Meryl Macklin, California Bar No. 115053
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
E-mail:          meryl.macklin@bryancave.com

Attorneys for Plaintiffs
CURVATURE LLC and CURVATURE, INC.

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Curvature LLC and Curvature, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Pivit Global, Inc., Troy Jacobsen, Justin Sparks, Joe Zender, Mike McKay, Jeff Jacobsen, Markis Robinson, and Alex Karis, <br><br> Defendants. | Case No.: 2:18-cv-01978-DSF-FFM <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** <br><br> Complaint Filed:  Mar. 8, 2018 |

11687927.1

Plaintiffs Curvature LLC and Curvature, Inc., by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss the above-captioned action and any and all claims asserted therein without prejudice. In support of this dismissal, plaintiffs note that Rule 41(a)(1)(A)(i) allows a plaintiff to unilaterally dismiss an action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Here, none of the defendants have served any answer or motion for summary judgment, and thus this dismissal is proper.

Dated: May 2, 2018

**BRYAN CAVE LLP**

By _____
Meryl Macklin
Attorneys for Plaintiff
CURVATURE, LLC